UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 4 2016

David J. Bradley, Clerk of Court

| | |
|---|---|
| ROLANDO PEREZ AND MIRIAM PEREZ, § § § | |
| Plaintiffs, § § | |
| VS. § | Civil Action No. M-13-124 |
| § | |
| DOCTORS HOSPITAL AT RENAISSANCE, LTD., § § § | |
| Defendant. § | |

## ADR MEMORANDUM TO CLERK OF COURT

**ADR METHOD:** Mediation.

**TYPE OF CASE:** Suit for disability rights under the Americans with Disabilities Act, the Rehabilitation Act of 1974, and Chapter 121 of the Texas Human Resources Code.

1. This civil action was mediated by me on January 7, 2016. After considerable communication, the parties agreed to settle this case and signed a written settlement agreement.

2. My total fees and expenses were $2,000.00.

3. Names, addresses and telephone numbers of all parties and counsel of record:

   (a) Plaintiffs, **Rolando Perez and Miriam Perez**, appeared in person and by their Counsel, Efrén C. Olivares and Ralph I. Miller.

   Counsel:  **Efrén C. Olivares**
   Texas State Bar No. 24065844
   Email: efren@texascivilrightsproject.org
   SOUTH TEXAS CIVIL RIGHTS PROJECT
   1017 West Hackberry Ave.
   Alamo, Texas 78516-3727
   Phone: 956-787-8171
   Fax: 956-787-6348

> **Ralph I. Miller**
> Texas State Bar No. 14105800
> WEIL, GOTSHAL & MANGES, L.L.P.
> 200 Crescent Court, Suite 300
> Dallas, Texas 75201-7830
> Phone: 214-746-7700

(b) Defendant, **Doctors Hospital at Renaissance, Ltd.**, appeared by its Representative, Paul Bollinger, and by its Counsel, Raymond L. Thomas.

> Counsel: **Raymond L. Thomas**
> Texas State Bar No. 19865350
> Email: rthomas@ktglawfirm.com
> KITTLEMAN THOMAS, P.L.L.C.
> 4900 North 10th St., Suite B
> McAllen, Texas 78504-2781
> Phone: 956-632-5052
> Fax: 956-630-5199

**Date:** January 12, 2016.

_____
Federico "Fred" Hinojosa
Attorney - Mediator
Texas State Bar No. 09701200
710 Laurel Avenue
McAllen, Texas 78501-2428
Phone: 956-687-8203
Fax: 956-630-6570